| | |
|---|---|
| DATE: | 6/29/2022 |
| LOCATION: | Tyler |
| JUDGE: | K. Nicole Mitchell |
| DEP.CLERK: | Lisa Hardwick |
| RPTR/ECRO: | Lisa Hardwick |
| USPO: | Jamia Howard |
| INTERPRETER: | --------------------------------- |
| START TIME: | 3:13 p.m. |
| END TIME: | 3:24 p.m. |

CASE NUMBER     6:22-MJ-00140-KNM

UNITED STATES OF AMERICA
V.
CHRISTIAN MARTINEZ

| AUSA | DEFENSE COUNSEL |
|---|---|
| JIM NOBLE | MATT MILLSLAGLE |

## INITIAL APPEARANCE RULE 5c

| | | | |
|---|---|---|---|
| ☒ | Initial Appearance called | ☒ | Initial appearance held |
| ☒ | Dft appears with counsel | ☐ | Dft appears without counsel |
| ☒ | Date of Arrest: 6/29/22 | ☒ | Dft's first appearance with counsel |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to counsel |
| ☒ | Dft advised of maximum penalties | ☒ | Dft advised of right to remain silent |
| ☒ | Dft request appointed counsel, is sworn & examined re: financial status | ☒ | Court finds Dft eligible and appoints: AFPD |
| ☒ | Govt made oral Motion for Detention | ☐ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☒ | Waiver of Identity Hearing. | ☐ | Detention Hearing set: |
| ☐ | Order of Temporary Detention | ☒ | Dft advised of Rule 20 Transfer |
| ☒ | Order of Detention | ☒ | Dft waived Hearing on Identity |
| ☒ | Dft remanded to the custody of the U.S. Marshals | ☒ | Order of Commitment signed |