**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | **CASE NUMBER 6:22-MJ-00140-KNM** |
| v. | § | |
| | § | |
| | § | |
| CHRISTIAN MARTINEZ, | § | |
| | § | |

**ORDER APPOINTING COUNSEL PURSUANT TO THE**
**CRIMINAL JUSTICE ACT**

This Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, this Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

APPOINTMENT OF COUNSEL

✔ The Federal Public Defender is appointed as counsel for the defendant.

_____ _____, a member of the Criminal Justice Act Panel of this District, is appointed as counsel.

_____ This Court determines that the defendant shall reimburse the Government for all attorney fees and costs incurred due to the appointment of counsel for his defense.

_____ This Court determines that the defendant may have funds to contribute to the cost of appointed counsel. The United States Attorney shall investigate to determine if funds exist and submit a report to the Court outlining the amount and method of payment in which defendant should be required to pay toward his defense.

TYPE OF APPOINTMENT

| | |
|---|---|
| _____ Through trial and notice of appeal. | _____ Probation/Supervised Release Violation. |
| _____ All purposes including trial and appeal. | _____ Material/Grand Jury Witness. |
| _____ Initial appearance and bond only. | _____ Parole Violation. |
| _____ Appeal purposes only. | _____ Mental Hearing (18 U.S.C. § 313). |
| _____ Habeas Corpus. | ✔ Rule 5(c) Proceedings in this District. |

_____ Defendant is not eligible for appointment of counsel under 18 U.S.C. § 3006A, but he is entitled to an immediate hearing and it is in the interest of justice that the defendant be afforded the assistance of counsel; so the Federal Defender is temporarily appointed for that purpose.

It is SO ORDERED and SIGNED this 29th day of June 2022.

_____
K. Nicole Mitchell U.S. Magistrate Judge